On appellant's petition for reconsideration filed August 12, reconsideration allowed; former opinion (298 Or App 686, 444 P3d 686) modified and adhered to as modified October 2, 2019

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

BRIAN LEE RICHARDSON,
*Defendant-Appellant.*

Linn County Circuit Court
17CR01093; A165406

449 P3d 605

Carol R. Bispham, Senior Judge.

Ernest G. Lannet, Chief Defender, Criminal Appellate Section and Emily P. Seltzer, Deputy Public Defender, Office of Public Defense Services, for petition.

Before Armstrong, Presiding Judge, and Tookey, Judge, and Shorr, Judge.

PER CURIAM

Reconsideration allowed; former opinion modified and adhered to as modified.

**PER CURIAM**

Defendant requests reconsideration of our opinion in *State v. Richardson*, 298 Or App 686, 444 P3d 686 (2019), bringing to our attention that we failed to address the supplemental assignment of error that he had raised in his supplemental brief. We allow reconsideration and modify our prior opinion to insert the following footnote at the end of the second sentence in the first paragraph:

> "After the initial briefing was complete, defendant filed a supplemental brief that included a supplemental assignment of error that raised as plain error the trial court's instruction to the jury that it could return a nonunanimous verdict. Defendant contends that the Sixth and Fourteenth Amendments to the United States Constitution require unanimous jury verdicts. We reject that argument on the merits without further discussion."

We adhere to our opinion as modified.

Reconsideration allowed; former opinion modified and adhered to as modified.